UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6897 FMO (KSx) | Date | April 26, 2024 |
|---|---|---|---|
| Title | Thaddeus Sholes v. City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions

Having reviewed parties' Joint Status Report Regarding Settlement (See Dkt. 33, ("Report")), it appears that the parties did not comply with the Court's Scheduling and Case Management Order Re: Jury Trial, filed on October 10, 2023 ("Court's Order of October 10, 2023").  Accordingly, IT IS ORDERED THAT counsel for the parties shall appear in Courtroom 6D of the First Street Courthouse on **May 2, 2024**, at **10:00 a.m.** and show cause why sanctions should not be imposed for failure to comply with the Court's Order of October 10, 2023.  Failure of counsel to attend the hearing shall result in the imposition of sanctions.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |