UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:23-cv-6897-PD                                      Date: April 16, 2025

Title:   Thaddeus Sholes v. City of Los Angeles et al.

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   ORDER VACATING ALL DATES AND DEADLINES AND SETTING HEARING ON OSC RE SETTLEMENT**

On April 14, 2025, the parties filed a Joint Status Report Re: Mediation.  [Dkt. No. 89.]  The parties have reached a tentative conditional settlement of this action in its entirety, and they request the Court to retain jurisdiction and set an Order to Show Cause Re Settlement after October 2025.  [Id.]

All dates and deadlines in this action are hereby VACATED.

The Order to Show Cause re: Settlement is set for hearing on **November 17, 2025 at 3:30 p.m.** in Courtroom 580 of the Roybal Federal Courthouse.  If the parties file a proper stipulation for dismissal prior to that date, the hearing on the OSC will be taken off calendar.

IT IS SO ORDERED.