# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS SHOLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-6897-PD<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Stipulation of Dismissal by and between the parties, through their respective attorneys of record [Dkt. No. 93], IT IS HEREBY ORDERED that the above captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: July 11, 2025

*Patricia Donahue*
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE