JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS SHOLES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-6897-PD<br><br>**JUDGMENT** |

Pursuant to the Order Granting Joint Stipulation of Dismissal with prejudice,

IT IS ADJUDGED that the above captioned action be and hereby is dismissed in its entirety, with prejudice.

Dated: July 11, 2025

_Patricia Donahue_
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE